**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kathryn Codi Redday, | ) | Case No.  1:08-mj-056 |
| | ) | |
| Defendant. | ) | |

_____

On January 22, 2009, the Government filed a Motion for Leave to File Dismissal of Complaint pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The court **GRANTS** the Government's motion (Docket No.  3).  The above-entitled action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2009.

                                                         */s/  Charles S.  Miller, Jr.*
                                                         Charles S.  Miller, Jr.
                                                         United States Magistrate Judge